IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO THOMPSON, | : | |
|     Plaintiff, | : | 1:14-cv-0894 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| SIS LT. J. BENFER - FBOP | : | |
| OFFICER/EMPLOYEE, | : | |
|     Defendants. | : | |

## ORDER

## September 21, 2015

Upon consideration of Defendants' motion (Doc. 11) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons stated in the court's memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 11) to dismiss is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** in its entirety.

3. The Clerk of Court is directed to **CLOSE** this matter.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                   s/ John E. Jones III
                                                   John E. Jones III
                                                   United States District Judge